IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KENNETH EUGENE COOK, 680173, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>RISSI OWENS, ET AL., )<br>Defendants. ) | No. 3:07-CV-2120-K<br>ECF |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

**SO ORDERED.**

**Signed this 4th day of March, 2008.**

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE